## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **OHIO CASUALTY INSURANCE COMPANY,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | No. 2005-cv-4002-JPG |
| ) | |
| **THOMAS G. BREWER,** ) | |
| ) | |
| **Defendant.** ) | |

### AGREED CONSENT JUDGMENT

This cause coming on to be heard by agreement of the Plaintiff, Ohio Casualty Insurance Company, and the Defendant, Thomas G. Brewer, the parties having received due notice and the Court being fully advised in the premises:

**IT IS HEREBY ORDERED THAT** judgment is entered for the Plaintiff Ohio Casualty Insurance Company and against the Defendant Thomas G. Brewer.

**IT IS FURTHER HEREBY ORDERED THAT** Ohio Casualty Insurance Company has no duty or obligation to defend Defendant Thomas G. Brewer in respect of the claims of OneBeacon Insurance Group, as alleged in Cause No. 03-4160-JPG, pending in this Court.

**DATED: July 5, 2005.**

                                                                              **NORBERT JAWORSKI, CLERK**

                                                                              **s/Judith Prock**
                                                                               **Deputy Clerk**

**APPROVED: /s/ J. Phil Gilbert**
                      **J. PHIL GILBERT**
                      **U.S. District Judge**